IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KINGSLEY-BATE LTD., a Delaware corporation,

      Plaintiff,

      vs.

GLOBAL ALLIES, LLC, etc., et al.,

      Defendants.

No. CIV S-04-1268 MCE JFM

ORDER

/

      Defendants' May 17, 2005 and June 14, 2005 motions to lodge documents under seal are denied.

DATED: July 14, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; kingsley.sea

1