1  Audrey A. Millemann, State Bar No. 124954
   Bernhard Kreten, State Bar No. 139405
2  **WEINTRAUB GENSHLEA CHEDIAK**
   Law Corporation
3  400 Capitol Mall, 11th Floor
   Sacramento, California 95814
4  Telephone: 916/558-6000
   Facsimile: 916/446-1611
5
   Dennis Shore, State Bar No. 62772
6  Scott L. Harper, State Bar No. 155855
   **BROWN, HALL, SHORE & McKINLEY, L.L.P.**
7  3031 W. March Lane, Suite 230 West
   Stockton, California 95219
8  Telephone: (209) 477-8171
   Facsimile: (209) 477-2549
9
   Attorneys for Defendants Global Allies, LLC,
10 Isaac Kubryk, and David Cline

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSLEY-BATE LTD., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL ALLIES, LLC, a California Limited Liability Company, ISAAC KUBRYK, an individual, and DAVID CLINE, an individual <br><br> Defendants. | No. CIV.S 04-1268 MCE JFM <br><br> **STIPULATED REQUEST AND ORDER RE CONTINUANCE OF NON-EXPERT DISCOVERY CUT-OFF DATE** |

The parties hereto, through their respective counsel of record, hereby submit this stipulated request that the cut-off date for non-expert discovery, November 25, 2005, as set forth in this Court's Pretrial (Status) Scheduling Order filed March 16, 2005, be continued by 90 days, through and including February 24, 2006. The parties are not requesting a continuance of any other date. The date set for trial is August 30, 2006.

Good cause exists for the extension in that the parties have agreed to the terms of a settlement of this action and need the additional time to prepare and finalize settlement documents, without having to engage in the extensive amount of discovery that remains.

Dated: October 4, 2005

**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation

By: /S/ Audrey A. Millemann
Audrey A. Millemann
State Bar No. 124954

Attorneys for Defendants

Dated: October 4, 2005

**ASKEW & ARCHBOLD**
A Professional Corporation

By: /S/ James A. Askew
James A. Askew
State Bar No. 60469

Attorneys for Plaintiff

### ORDER

IT IS HEREBY ordered that the date for non-expert discovery cut-off be extended from November 25, 2005 to February 28, 2005.

Dated: October 12, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE